QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ethan Glass (Bar No. 216159)
ethanglass@quinnemanuel.com
Michael Lyle (*pro hac vice* forthcoming)
michaellyle@quinnemanuel.com
Eric Lyttle (*pro hac vice* forthcoming)
ericlyttle@quinnemanuel.com
1300 I St. NW, Suite 900
Washington, District of Columbia 20005
Telephone:     (202) 538-8000
Facsimile:      (202) 538-8100

Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants Express Scripts Holding Co. and Express Scripts, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CZ SERVICES, INC. d/b/a CAREZONE PHARMACY, <br><br> Plaintiff, <br><br> v. <br><br> EXPRESS SCRIPTS HOLDING CO. and EXPRESS SCRIPTS, INC., <br><br> Defendants. | Case No. 3:18-cv-4217-EDL <br><br> **DECLARATION OF ETHAN GLASS IN SUPPORT OF EXPRESS SCRIPTS' MOTION TO TRANSFER** <br><br> Hearing Date: August 28, 2018 <br> Time:          9:00 a.m. <br> Place:         Courtroom E <br> Judge:         Magistrate Judge <br>                     Elizabeth D. Laporte |

Case No. 3:18-cv-4217-EDL
GLASS DECLARATION RE: MOTION TO TRANSFER

I, Ethan Glass, declare as follows:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Express Scripts Holding Company and Express Scripts, Inc. (collectively, "Express Scripts"). I have personal knowledge of the facts set forth in this declaration.

2. I make this declaration in support of Express Scripts' Motion to Transfer, filed herewith.

3. A true and accurate copy of the PSAO Pharmacy Affiliation executed by CZ Services with AccessHealth is attached hereto as Exhibit 1.

4. A true and accurate copy of relevant portions of the PSAO Pharmacy Provider Agreement is attached hereto as Exhibit 2.

5. A true and accurate copy of relevant portions of CZ Services' May 2015 Provider Certification is attached hereto as Exhibit 3.

6. A true and accurate copy of relevant portions of the Provider Manual is attached hereto as Exhibit 4.

7. A true and accurate copy of the April 12, 2017 cease-and-desist letter sent by Express Scripts to CZ Services is attached hereto as Exhibit 5.

8. A true and accurate copy of the letter CZ Services sent to Express Scripts on October 5, 2017, is attached hereto as Exhibit 6.

9. A true and accurate copy of the letter CZ Services sent to Express Scripts on February 12, 2018, is attached hereto as Exhibit 7.

10. A true and accurate copy of the letter CZ Services sent to Express Scripts on March 9, 2018, is attached hereto as Exhibit 8.

11. A true and accurate copy of the April 2, 2018 termination letter sent by Express Scripts to CZ Services is attached as Exhibit 9.

12. A true and accurate screenshot of a portion of the CareZone Pharmacy Assistance Additional Terms of Service, https://carezone.com/pharm-tos, taken on July 23, 2018, is attached hereto as Exhibit 10.

1    13.    A true and accurate copy of a screenshot of the website
2    "http://pharmacyforall.com," taken on July 23, 2018, is attached hereto as Exhibit 11.
3    14.    A true and accurate copy of the email created when the "Take action now" button
4    referenced in Exhibit 11 is clicked, as of July 23, 2018, is attached hereto as Exhibit 12.
5    15.    On June 20, 2018, CZ Services filed a complaint against Express Scripts in the
6    Eastern District of Missouri.  A true and accurate copy of that complaint is attached hereto as
7    Exhibit 13.  CZ Services voluntarily dismissed that action without prejudice on July 13, 2018.
8    16.    A true and accurate copy of the July 20, 2018 email from counsel for CZ Services
9    to counsel for Express Scripts is attached hereto as Exhibit 14.

11   I declare under penalty of perjury that the foregoing is true and correct.  Executed July 23,
12   2018, in Washington, DC.

14                                   */s/ Ethan Glass*
                                     Ethan Glass