| | |
|---|---|
| 1 | William A. Isaacson (*pro hac vice*) |
| | wisaacson@bsfllp.com |
| 2 | William C. Jackson (*pro hac vice*) |
| | wjackson@bsfllp.com |
| 3 | Martha L. Goodman (*pro hac vice*) |
| | mgoodman@bsfllp.com |
| 4 | 1401 New York Ave. NW |
| | Washington, DC 20005 |
| 5 | Telephone:     (202) 237-2727 |
| | Facsimile:     (202) 237-6131 |
| 6 | |
| | Meredith R. Dearborn (Bar No. 268312) |
| 7 | mdearborn@bsfllp.com |
| | 425 Tasso St., Suite 205 |
| 8 | Palo Alto, CA 94307 |
| | Telephone:     (650) 445-6400 |
| 9 | Facsimile:     (650) 329-8507 |
| | |
| 10 | Melissa C. Hughes (Bar No. 296083) |
| | mhughes@bsfllp.com |
| 11 | 1999 Harrison St., Suite 900 |
| | Oakland, CA 94612 |
| 12 | Telephone:     (510) 874-1007 |
| | Facsimile:     (510) 874-1460 |
| 13 | |
| | *Attorneys for Plaintiffs CZ Services, Inc.* |
| 14 | *and CareZone Pharmacy LLC* |
| 15 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Michael Lyle (*pro hac vice*) |
| 16 | mikelyle@quinnemanuel.com |
| | Ethan Glass (Bar No. 216159) |
| 17 | ethanglass@quinnemanuel.com |
| | Eric Lyttle (*pro hac vice*) |
| 18 | ericlyttle@quinnemanuel.com |
| | 1300 I St. NW, Suite 900 |
| 19 | Washington, District of Columbia 20005 |
| | Telephone:     (202) 538-8000 |
| 20 | Facsimile:     (202) 538-8100 |
| 21 | Margret M. Caruso (Bar No. 243473) |
| | margretcaruso@quinnemanuel.com |
| 22 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065 |
| 23 | Telephone:     (650) 801-5000 |
| | Facsimile:     (650) 801-5100 |
| 24 | |
| | *Attorneys for Defendants Express Scripts* |
| 25 | *Holding Co. and Express Scripts, Inc.* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| CZ SERVICES, INC. d/b/a<br>CAREZONE PHARMACY and<br>CAREZONE PHARMACY LLC<br><br>   Plaintiff,<br><br>   v.<br><br>EXPRESS SCRIPTS HOLDING CO. and<br>EXPRESS SCRIPTS, INC.,<br><br>   Defendants. | Case No. 3:18-cv-4217-JD<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

Pursuant to Local Rule 6-1(a), the parties to this action stipulate that Defendants shall have until forty days after the Court resolves both of the pending Motions to Transfer, ECF 17 and ECF 36, to answer, move, or otherwise respond to the Amended Complaint, ECF 24. This stipulation does not alter or affect any of the pending motions or the date of any event or deadline already fixed by Court order in this case. For avoidance of doubt, the parties agree that Plaintiffs' agreement to this extension does not bear in any way on CareZone Pharmacy LLC's request for a temporary restraining order and preliminary injunction, and ESI will not use this agreement in any way in relation to such motions, including to argue that immediate relief is unnecessary or unwarranted.

DATED: August 9, 2018    Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By */s/ Meredith R. Dearborn*
William A. Isaacson (*pro hac vice*)
wisaacson@bsfllp.com
William C. Jackson (*pro hac vice*)
wjackson@bsfllp.com
Martha L. Goodman (*pro hac vice*)
mgoodman@bsfllp.com
1401 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 237-2727
Facsimile:    (202) 237-6131

Meredith R. Dearborn (Bar No. 268312)
mdearborn@bsfllp.com
425 Tasso St., Suite 205
Palo Alto, CA 94307
Telephone:    (650) 445-6400
Facsimile:    (650) 329-8507

Melissa C. Hughes (Bar No. 296083)
mhughes@bsfllp.com
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone:    (510) 874-1007
Facsimile:    (510) 874-1460

*Attorneys for Plaintiffs CZ Services, Inc. and CareZone Pharmacy LLC*

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | |
| 3 | By  */s/ Ethan Glass* |
| 4 | Michael Lyle (*pro hac vice*)<br>mikelyle@quinnemanuel.com |
| 5 | Ethan Glass (Bar No. 216159)<br>ethanglass@quinnemanuel.com |
| 6 | Eric Lyttle (*pro hac vice*)<br>ericlyttle@quinnemanuel.com |
| 7 | 1300 I St. NW, Suite 900<br>Washington, District of Columbia 20005 |
| 8 | Telephone:  (202) 538-8000<br>Facsimile:  (202) 538-8100 |
| 9 | Margret M. Caruso (Bar No. 243473) |
| 10 | margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 11 | Redwood Shores, California 94065<br>Telephone:  (650) 801-5000 |
| 12 | Facsimile:  (650) 801-5100 |
| 13 | *Attorneys for Defendants Express Scripts Holding Company and Express Scripts, Inc.* |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

*/s/ Ethan Glass*