WILLIAM C. JACKSON (*pro hac vice*)
WJackson@goodwinlaw.com
KATHERINE CHENG (*pro hac vice*)
KatherineCheng@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

MEREDITH R. DEARBORN (SBN 268312)
mdearborn@paulweiss.com
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
535 Mission St., 24th Floor
San Francisco, CA 94105
Tel.: +1 628 432-5100
Fax: +1 628 232-3101

*Attorneys for Plaintiffs and
Counterclaim Defendants*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Ethan Glass (Bar No. 216159)
ethanglass@quinnemanuel.com
Michael J. Lyle (*pro hac vice*)
mikelyle@quinnemanuel.com
Eric C. Lyttle (*pro hac vice*)
ericlyttle@quinnemanuel.com
Meghan McCaffrey (*pro hac vice*)
meghanmccaffrey@quinnemanuel.com
1300 I St. NW, Suite 900
Washington, District of Columbia 20005
Telephone:   (202) 538-8000
Facsimile:   (202) 538-8100

Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Evernorth Health, Inc.,
f/k/a Express Scripts Holding Co., and
Express Scripts, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CZ SERVICES, INC. d/b/a CAREZONE PHARMACY and CAREZONE PHARMACY LLC,<br><br>　　　　Plaintiffs,<br>　v.<br>EXPRESS SCRIPTS HOLDING CO. and EXPRESS SCRIPTS, INC.,<br><br>　　　　Defendants.<br><br>EXPRESS SCRIPTS, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br>　v.<br>CZ SERVICES, INC. d/b/a CAREZONE PHARMACY, CAREZONE PHARMACY LLC, CARE ZONE INC.; and JONATHAN SCHWARTZ,<br><br>　　　　Counterclaim-Defendants. | Case No. 3:18-cv-4217-JD<br><br>**JOINT WITNESS LIST**<br><br>Judge:　　　　Hon. James Donato<br>Hearing Date:　January 24, 2022<br>Time:　　　　1:30 p.m.<br>Courtroom:　　11 |

Pursuant to Paragraph 14 of the Court's Standing Order for Civil Jury Trials, Plaintiffs and Counterclaim Defendants CZ Services, Inc., d/b/a CareZone Pharmacy, and CareZone Pharmacy LLC (the "Pharmacies") and additional Counterclaim Defendants CareZone, Inc. and Jonathan Schwartz; and Defendant Express Scripts Holding Co. and Defendant and Counterclaim-Plaintiff Express Scripts, Inc. (collectively, "Express Scripts") identify the following witnesses who they will or may call at trial, other than solely for impeachment or rebuttal purposes). The parties reserve their right to call, for rebuttal and/or impeachment purposes, any witness identified in their initial disclosures and to modify this disclosure as needed and in accordance with the applicable rules.

Dated: January 19, 2022                          GOODWIN PROCTER LLP

                                                 By: */s/ William C. Jackson*
                                                     William C. Jackson

                                                 WILLIAM C. JACKSON (*Pro Hac Vice*)
                                                 WJackson@goodwinlaw.com
                                                 **GOODWIN PROCTER LLP**
                                                 1900 N Street, NW
                                                 Washington, DC  20036
                                                 Tel.: +1 202 346 4000
                                                 Fax: +1 202 346 4444

                                                 MEREDITH R. DEARBORN (SBN 268312)
                                                 mdearborn@paulweiss.com
                                                 **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                                 535 Mission St., 24th Floor
                                                 San Francisco, CA 94105
                                                 Tel.: +1 628 432-5100
                                                 Fax: +1 628 232-3101

                                                 *Attorneys for CZ Services, Inc., CareZone Pharmacy LLC, Jonathan Schwartz, and CareZone Inc.*

| | |
|---|---|
| Dated: January 19, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Ethan Glass*<br>    Ethan Glass |
| | ETHAN GLASS (Bar No. 216159)<br>ethanglass@quinnemanuel.com<br>MICHAEL LYLE (*pro hac vice*)<br>mikelyle@quinnemanuel.com<br>ERIC LYTTLE (*pro hac vice*)<br>ericlyttle@quinnemanuel.com<br>MEGHAN MCCAFFREY (*pro hac vice*)<br>meghanmccaffrey@quinnemanuel.com<br>1300 I St. NW, Suite 900<br>Washington, District of Columbia 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 |
| | MARGRET M. CARUSO (Bar No. 243473)<br>margretcaruso@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| | *Attorneys for Evernorth Health, Inc., f/k/a Express Scripts Holding Co., and Express Scripts, Inc.* |

I.   **PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' WITNESS LIST:**

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| Deleca Reynolds-Barnes | Ms. Reynolds-Barnes is anticipated to provide testimony regarding the business, operations, and pharmacy services of CareZone Pharmacy LLC, including her actions and professional judgment as the PIC, the practice of dispensing prescription medications to patients or their agents; CareZone Pharmacy's licenses; communications with regulators overseeing CareZone Pharmacy; inspections and audits of the CareZone Pharmacy; the nature and quality of the pharmacy services provided to patients; and the effect of ESI's termination on CareZone Pharmacy's business and operations. | Live<br><br>75 minutes | Live<br><br>30 minutes[1] |
| Jen Crawford | Ms. Crawford is anticipated to testify about Care Advisors, patient testimonials, CareZone Inc.'s business, operations, and pharmacy services, and the relationship between CareZone Inc., Parliament, and the Pharmacies. | Live<br><br>20 minutes | Live<br><br>15 minutes |

---

[1]   For witnesses from whom Plaintiffs will elicit live testimony and who are also listed on Express Scripts' witness list, Express Scripts anticipates conducting cross and direct examination simultaneously pursuant to the Court's ruling that "[w]itnesses will only be put on the stand once." Pretrial Order No. 1 at ¶ IV.7.

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| Emily Dillon | Ms. Dillon is anticipated to testify about CareZone Inc.'s media strategy and image. | Live<br><br>(may call)<br><br>20 minutes | Live<br><br>15 minutes |
| Douglas Hillblom | Mr. Hillblom is anticipated to provide expert testimony regarding the Pharmacies' business model, practices, and their partnership with CareZone, Inc.; the Pharmacies' operations; industry standards regarding the operations of retail pharmacies; whether the Pharmacies were retail or mail-order; and the nature and quality of the pharmacy services offered. | Live<br><br>45 minutes | Live<br><br>30 minutes |
| Jennifer Hsieh | Ms. Hsieh is anticipated to testify about the Pharmacies' finances, business arrangements with CareZone Inc., business and growth opportunities, the effect of ESI's termination on the Pharmacies' business and operations, and damages, including their lost profits and lost business value. | Live<br><br>45 minutes | Live<br><br>60 minutes |
| Douglas Mott | Mr. Mott is expected to testify about the Pharmacies' business, operations, and pharmacy services; their relationships and credentialing with PBMs, including ESI; and their customer | Live<br><br>(may call) | Live<br><br>15 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | relationship and marketing strategies. | 20 minutes | |
| Joanna Rao | Ms. Rao is anticipated to provide testimony regarding the business, operations, and pharmacy services of CZ Services, Inc., including her actions and professional judgment as the PIC, the practice of dispensing prescription medications to patients or their agents; CZ Services, Inc.'s licenses; communications with regulators overseeing CZ Services, Inc.; inspections and audits of the CZ Services, Inc.; the nature and quality of the pharmacy services provided to patients; and the effect of ESI's termination on CZ Services, Inc.'s business and operations. | Live<br><br>(may call)<br><br>25 minutes | Live<br><br>15 minutes |
| Katea Ravega | Ms. Ravega is anticipated to testify regarding the Pharmacies' regulatory compliance and transparency; inspections and audits of the Pharmacies; the Pharmacies' licenses; and industry standards and record keeping for the Pharmacies. | Live<br><br>(may call)<br><br>15 minutes | Live<br><br>15 minutes |
| Stacy Roberts | Ms. Roberts is expected to testify about the Pharmacies' relationships and credentialing with PBMs, including ESI; the Pharmacies' licenses; and record keeping for the Pharmacies. | Live<br><br>20 minutes | Live<br><br>15 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| Jonathan Schwartz | Mr. Schwartz is anticipated to testify about the business, operations, business and growth opportunities, agency model, and pharmacy services of the Pharmacies; the practice of dispensing prescription medications to patients or their agents; the Pharmacies' licenses; communications regulators overseeing the Pharmacies; inspections and audits of the Pharmacies; the nature and quality of the pharmacy services provided to patients; credentialing with PBMs, including ESI; the relationship between CareZone, Inc., Parliament, and the Pharmacies; the effect of ESI's termination on the Pharmacies' business and operations; and the Pharmacies' finances. | Live<br><br>75 minutes | Live<br><br>120 minutes |
| Walter Smith | Mr. Smith is expected to testify regarding the business, operations, agency model, and pharmacy services of the Pharmacies; the practice of dispensing prescription medications to patients or their agents; the Pharmacies' licenses; communications regulators overseeing the Pharmacies'; inspections and audits of the Pharmacies; the nature and quality of the pharmacy services provided to patients; credentialing with PBMs, including ESI; the relationship between CareZone, Inc., Parliament, and the Pharmacies; the effect of ESI's | Live<br><br>30 minutes | Live<br><br>60 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | termination on the Pharmacies' business and operations; and the Pharmacies' finances. | | |
| ESI Records Custodian | ESI's document production, the existence and identity of documents collected and produced by ESI, and how ESI maintained its documents in the ordinary course of its business | Live<br><br>(may call)<br><br>20 minutes | Live<br><br>15 minutes |
| Greg Blaies | The Pharmacies anticipate introducing Mr. Blaies' deposition testimony regarding ESI's compliance function, audit process and patient verification policies, ESI's understanding of the Pharmacies' practice of dispensing prescription medications to patients' agents, and termination of the Pharmacies. | By deposition designation<br><br>20 minutes | By deposition designation<br><br>20 minutes |
| Amy Bricker | The Pharmacies anticipate introducing Ms. Bricker's deposition testimony regarding ESI's business and role in the healthcare industry; ESI's pharmacy networks; termination of the Pharmacies; ESI's contracts with its insurer clients; and ESI's compliance with Any Willing Provider laws. | By deposition designation<br><br>15 minutes | By deposition designation<br><br>15 minutes |
| Amber Compton | The Pharmacies anticipate introducing Ms. Compton's deposition testimony regarding ESI's | By deposition designation | By deposition designation |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | credentialing and patient verification polices, the termination of the Pharmacies, and ESI's mail order pharmacy. | 20 minutes | 20 minutes |
| Nathan Lown | The Pharmacies anticipate introducing Mr. Lown's deposition testimony regarding ESI's pharmacy networks, credentialing, and auditing of pharmacies; ESI's policies and procedures for in-network pharmacies; ESI's patient verification policies; ESI's practice of dispensing prescription medications to patients or their agents; and ESI's audits of the Pharmacies. | By deposition designation<br><br>25 minutes | By deposition designation<br><br>15 minutes |
| Greg Moore | The Pharmacies anticipate introducing Mr. Moore's deposition testimony regarding ESI's pharmacy networks, credentialing, auditing; ESI's relationship with the Pharmacies, ESI's policies and procedures regarding the use of agents, ESI's policies and procedures regarding reporting changes of ownership, ESI's policies and procedures regarding reporting lawsuits, ESI's communications with government entities regarding the Pharmacies and CareZone Inc., ESI's compliance with AWP laws, and lawsuits against ESI alleging fraud and deception. | By deposition designation<br><br>20 minutes | By deposition designation<br><br>20 minutes |
| Susan Peppers | The Pharmacies anticipate introducing Ms. Peppers's deposition testimony regarding ESI's | By deposition designation | By deposition designation |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | mail order pharmacy practices including its delivery verification practices, actions by the State Boards of Pharmacy against ESI's mail order pharmacy, competitors to ESI's mail order pharmacy, and ESI's and practice of dispensing prescription medications to patients or their agents, and ESI's relationships and contracts with its insurer clients. | 20 minutes | 15 minutes |
| Bonnie Roberts | The Pharmacies anticipate introducing Ms. Roberts' deposition testimony regarding ESI's policies for pharmacies, CZ Services' application to the ESI network, ESI's audit of the Pharmacies, and ESI's relationship with PillPack. | By deposition designation 20 minutes | By deposition designation 30 minutes |
| Adam Stacy | The Pharmacies anticipate introducing Mr. Stacy's deposition testimony regarding ESI's relationships and contracts with its insurer clients. | By deposition designation 20 minutes | By deposition designation 15 minutes |
| Glen Stettin | The Pharmacies anticipate introducing Mr. Stettin's deposition testimony regarding ESI's business model, financials, and economics, pharmacy-related technology apps, ESI's mail-order pharmacy, ESI's investigation of the pharmacies and their business model, ESI's termination of the Pharmacies, and data | By deposition designation 15 minutes | By deposition designation 15 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | regarding the Pharmacies. | | |

## II. EXPRESS SCRIPTS' WITNESS LIST

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| Amy Bricker | Express Scripts' pharmacy networks, business model, and role in the healthcare industry; Express Scripts credentialing; Express Scripts' auditing practices and aims, generally; Express Scripts' efforts to stop fraud, waste, and abuse; Plaintiffs' breaches of their Provider Agreements, including Express Scripts' public statements and communications about those breaches and the decision to terminate Plaintiffs' Provider Agreements; Plaintiffs' communications and public statements regarding their dispute with Express Scripts about the termination of the Provider Agreements | Live, in person

90 minutes | 30 minutes |
| Greg Moore | Express Scripts' pharmacy networks, including the differences between Express Scripts' | Live, in person | 30 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | pharmacy networks; Express Scripts credentialing, including how different types of pharmacies are credentialed into Express Scripts' different pharmacy networks; Express Scripts auditing practices, including for contractual compliance, and the auditing of Plaintiffs; Express Scripts' efforts to stop fraud, waste, and abuse; representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes; Plaintiffs' breaches of their Provider Agreements and the decision to terminate Plaintiffs' Provider Agreements, including Express Scripts' public statements and communications about same; Express Scripts' counterclaim damages; Plaintiffs' communications and public statements regarding their dispute with Express Scripts about the termination of the Provider Agreements | 90 minutes | |
| Greg Blaies | Express Scripts credentialing; Express Scripts auditing, including for regulatory compliance, and the auditing of Plaintiffs; representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes; Plaintiffs' breaches of their Provider Agreements; Express Scripts' counterclaim | Live, in person (may call)<br><br>30 minutes | 15 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | damages | | |
| Brian Henry | Express Scripts' receipt of spam emails, including Express Scripts' responses to same; Express Scripts' public statements and communications about Plaintiffs' breaches of their Provider Agreements and the decision to terminate Plaintiffs' Provider Agreements; Plaintiffs' communications and public statements regarding their dispute with Express Scripts about the termination of the Provider Agreements; Express Scripts' counterclaim damages | Live, in person

30 minutes | 15 minutes |
| Glen Stettin | Representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes; Plaintiffs' breaches of their Provider Agreements; communications and meetings with Plaintiffs and their representatives | Live, in person (may call)

30 minutes | 15 minutes |
| Bonnie Roberts | Representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes; Express Scripts' efforts to stop fraud, waste, and abuse; Plaintiffs' breaches of their Provider Agreements, including the decision to terminate Plaintiffs' Provider | By deposition designation (may call)

30 minutes | 15 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | Agreements; Pillpack's credentialing, contract, and participation in Express Scripts' pharmacy networks | | |
| David A. Kvancz | Expert opinions regarding claims data analyses for medications dispensed to patients of the CareZone Pharmacies; expert opinions regarding mail order pharmacy standards and practices | Live, in person 30 minutes | 15 minutes |
| Jeffery A. Stec, Ph.D. | Expert opinions regarding Plaintiffs' claims for damages | Live, in person 60 minutes | 30 minutes |
| Dr. Alyson Wooten | Expert opinions regarding pharmacy licensing standards and practices; expert opinions comparing the CareZone Pharmacies licenses to the dates on which the pharmacies dispensed drugs to patients; expert opinions regarding retail pharmacy standards and practices; expert opinions regarding practices and standards for pharmacists; expert opinions regarding whether the CareZone Pharmacies provided appropriate patient care | Live, in person 60 minutes | 25 minutes |
| Jonathan Schwartz | The relationship between Plaintiffs, CareZone, Inc., and Parliament Delivery LLC; Plaintiffs' business model; Parliament Delivery LLC, | Live, in person | 45 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | including its relationship to Plaintiffs and its role as purported agent on behalf of Plaintiffs' patients; representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes; Plaintiffs' public relations response and public statements regarding Express Scripts' decision to terminate their Provider Agreements; Plaintiffs' marketing efforts; Plaintiffs' breaches of their Provider Agreements; patient safety | 120 minutes | |
| Emily Dillon | Plaintiffs' public relations response and public statements regarding Express Scripts' decision to terminate their Provider Agreements; Plaintiffs' marketing efforts | Live, in person, and/or by deposition designation (may call)<br><br>45 minutes | 10 minutes |
| H. Douglas Mott | Plaintiffs' breaches of their Provider Agreements | Live, in person, and/or by deposition designation (may call)<br><br>30 minutes | 10 minutes |
| Deleca Reynolds-Barnes | Plaintiffs' pharmacy operations; Parliament Delivery LLC, including its relationship to Plaintiffs and its role as purported agent on behalf of Plaintiffs' patients; Plaintiffs' | Live, in person, and/or by deposition designation (may call) | 15 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | licensing; patient safety; Plaintiffs' breaches of their Provider Agreements | 30 minutes | |
| Walter Smith | The relationship between Plaintiffs, CareZone, Inc., and Parliament Delivery LLC; Plaintiffs' business model; Parliament Delivery LLC, including its relationship to Plaintiffs and its role as purported agent on behalf of Plaintiffs' patients; representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes; Plaintiffs' public relations response and public statements regarding Express Scripts' decision to terminate their Provider Agreements; Plaintiffs' marketing efforts; Plaintiffs' breaches of their Provider Agreements; patient safety | Live, in person, and/or by deposition designation (may call)<br><br>60 minutes | 25 minutes |
| Nathan Thieneman | Plaintiffs' pharmacy operations; Parliament Delivery LLC, including its relationship to Plaintiffs and its role as purported agent on behalf of Plaintiffs' patients; patient safety | By deposition designation<br><br>30 minutes | 10 minutes |
| Allyson Willoughby | Plaintiffs' business model; Plaintiffs' public relations response and public statements regarding Express Scripts' decision to terminate their Provider Agreements; Plaintiffs' licensing and contacts with regulators; Plaintiffs' decision | By deposition designation (may call)<br><br>15 minutes | 10 minutes |

| Witness Name | Description of Testimony | Anticipated Length of Direct Examination | Anticipated Length of Cross Examination |
|---|---|---|---|
| | to not apply to Express Scripts Medicare Part D network; Plaintiffs' damages; representations, misleading statements, or material omissions made to Express Scripts on behalf of Plaintiffs, including during their credentialing processes | | |

16
JOINT WITNESS LIST
CASE NO. 3:18-cv-4217-JD

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ William C. Jackson*
　　　　　　　　　　　　　　　　　　　　　　　　　　William C. Jackson

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on January 19, 2022. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2022 at Washington, District of Columbia.

/s/ *William C. Jackson*
William C. Jackson